UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ANDREW COIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN B. WOLFSON, et al.,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00304-RFB-DJA<br><br>**ORDER**<br><br>**(ECF No. 3)** |

On March 11, 2024, this Court ordered Plaintiff David Coil to either pay the full $405 filing fee or complete his application to proceed *in forma pauperis* by filing a financial certificate and an inmate trust fund account statement for the previous six-month period by April 10, 2024. (ECF No. 3). Before that deadline expired, Plaintiff filed a motion to extend it, along with an inmate request form purporting to show that Plaintiff requested his financial documents from prison officials on January 23, 2024, and was told it could take up to four months to process his request. (*Id.* at 2). Plaintiff also moves to substitute "Brian Williams" for defendant "Warden Brian Williamson." (*Id.*) The Court finds that good cause exists to grant Plaintiff's request for an extension. But the Court denies Plaintiff's request for substitution because Brian Williams is not a defendant in this case.

It is therefore ordered that Plaintiff's motion to extend time and for a substitution (ECF No. 3) is granted in part as to extending the deadline and denied in all other respects.

It is further ordered that Plaintiff has **until May 15, 2024**, to either pay the full $405 filing fee or file with the Court a completed financial certificate that is signed both by the inmate and the prison or jail official and a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to resend Plaintiff David Coil the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same, and to retain the complaint, (ECF No. 1-1), but not file it at this time.

DATED this 15th day of March 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE