# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| David Andrew Coil, | Case No. 2:24-cv-00304-RFB-DJA |
| Plaintiff, | |
| v. | Order |
| Steven Wolfson, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to accept his financial certificate as complete. (ECF No. 7). Plaintiff has submitted a complete financial certificate and his application to proceed *in forma pauperis* is now complete. The Court thus grants Plaintiff's motion. His complaint is now in line for the Court's screening.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to accept his financial certificate (ECF No. 7) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff's request to proceed *in forma pauperis* is granted. Plaintiff will **not** be required to pay an initial installment fee. Nevertheless, the full filing fee will still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act, the Nevada Department of Corrections will forward payments from the account of **David Andrew Coil, Inmate No. 1189948**, to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk of Court is kindly directed to send a copy of this order to the Finance Division of the Clerk's Office.

The Clerk of Court is also kindly directed to send a copy of this order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections**, P.O. Box 7011, Carson City, NV 89702.

**IT IS FURTHER ORDERED** that, even if this action is dismissed, or is otherwise unsuccessful, the full filing fee will still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act.

DATED: May 6, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE