Case 2:24-cv-00304-RFB-DJA- Coil v Mueller. etal

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

7, 14, 24

| David Coil | Case 2:24-cv-00304 |
| Plaintiff | |
| v | CIVIL RIGHTS COMPLAINT |
| Craig Mueller | BY AN INMATE |
| Cristina Hinds | |
| Kelsey Bernstein | First Amended Complaint |
| Lawrence Phillips | |
| Jess Matsuda | Jury Trial Demanded. |
| Elizabeth Anderlik | |
| Defendants | |

Comes Now, Plaintiff David Coil, in pro se, with desire This Court Grant extensive leniency as form and substance may vary from diligent standards, Is following Magistrate Judge Daniel J. Albregts instructions to submit this Amended complaint to correct deficiencies, A clarification to be noteworthy, Mr. Coil did file a Habeas Corpus post Direct Appeal, it was denied because Time Barred status was declared by District Attorney, and was carried over to this U.S. Court. That Habeas included actual innocense documentation that was deemed inconclusive thus denied with Prejudice Case O1428 FYI, Believing that judgement does stand Civil Rights is my option.

Page Number 1

B.     Defendants

Craig Mueller - Employed as Public Defender @ RJC :

Cristina Hinds - Employed as Public Defender @ RJC

Kelsey Bernstein - Employed as Public Defender @ RJC

Lawrence Philips - Employed as Public Defender @ RJC

Jess Matsuda - Employed as Public Defender @ RJC

Elizabeth Anderlik - Employed as Public Defender @ RJC

Notes:

Mueller Hinds and Associates AKA Nevada Appeal Group

Kelsey Bernstein lists as Associate

Lawrence Philips was associated with Graig Mueller in Court and was appointed from the Bench to represent Court documents to Mr. Coil

Matsuda and Associates include Elizabeth Anderlik who was in fact at Mr Coil competency hearing.

Page Number  2

## C.    Nature of Case

Mr. Coil again requests leniency to allow a brevity to this process. The appointed Public Defender at Justice Court arraignment did not represent Mr. Coil to any degree of completeness. If the Constitution needs teeth for 'It' to be inforced and In' effect, then put lawyers on notice to be representatives of the Bill of Rights. Freedom of Speech and expression are not permitted of the accused. Excessive bail is the norm. Our 6th Amendment has been rendered 'ineffective', and not one lawyer can explain 'due process'.

The listed Defendants are assumed innocent, that can only mean, a trial is mandatory for Mr Coil to present in full the evidence of the guilt being presented.

Mr Coil does not understand the screening process and prays that is kept to its minimum. Mr. Coil is in fact awaiting a date from the Pardon Board for his release. That opens the possibility of being 'at liberty' to pursue this Claim with Pro Bono Counsel. A part of mr Coils Pardon is the showing of actual innocense in transcripts

Mr. Coil is only understanding that a 1983 Civil Rights action is the best course plausible.

Page Number 3

D. Causes of Action

Claim 1

State the Constitutional civil right that was violated: 1st Amendment

☒ other   CCDC + in Court restrictions

Dates range of violations   August 23, 2016 - January 31, 2024

Matsuda and Associates as Public Defenders, denied Mr. Coil open and progressive communications. From Mr. Coils arrest 8/23/16 Mr. Coil only had communications with Matsuda and Assoc. In the court room. Not until 3 separate trial dates had passed did an associate visit Mr Coil in late January, and in court time was extremely limited to address the court.

Mueller Hinds and Associates had only one phone call to be relevant to a Direct Appeal filing. Mr. Coils Case Summary exposed 4 failures to appear in court in representation of Mr. Coil by Mueller Hinds and Assoc.

Claim 2

State the constitutional right violated   6th Amendment in all elements. Speedy trial, compulsory documents, and witnesses, impartial jury, and Legal Counsel.

☒ other   All elements of 6th Amendment

Matsuda and Associates refused to inform Mr. Coil of all his rights and refused Discovery, and refused Mr. Coil to have witnesses. Mr. Coil was present in court to invoke the Speedy trial Right (it is automatically attached upon arrest) With the arrest being Aug 23, 2016, The Speedy trial must occur within 60 days and that would be Oct 22, 2016. Matsuda and Associates did not persue that when the Court assigned November 28. That is 92 days later which Matsuda and Associates needed to argue to protect that Right. In June of 2017 Mr Coil posed a Writ of Habeas Corpus due to deficiencies of counsel and in court Mr. Coil openly "Fired" Matsuda and assoc. That presented multiple issues that did not get resolved. Duress was clearly stated, and self-representation was requested. The Court was bias as was prosecutors and Matsuda and assoc. Nevada Constitution has conditions and allowances for this, and was openly denied those allowances Article I, § 8,  III Defense counsel. The transcripts indicated that the alleged victim acknowledges a female was with Mr Coil when they met. That "Material Witness" was denied Mr Coil at trial along with all other witnesses requested. The jury foreman stated; "The State would be wasting tax payers money to bring an innocent man to trial" that is not an impartial jury. The alleged victim was not cross-examined therefore inadmissable

Page Number  5

Claim 2 continues

Mueller Hinds and Associates was appointed Counsel for Mr Coil Direct Appeal in Nevada Supreme Court. With only one phone call received they pursued the prospect of Mr Coils Direct Appeal Assuming Mueller Hinds + associate have/had full access to court transcripts and purposely left out relevent information about rights violated and abuses of discretion, and down play the fact surrounding Mr. Coil's "naked" confession, then add the overt delay in presenting this "Appeal" Deficiency of Counsel appeared and delayed the actual filing. Mr. Coil had a family member attempt contact with Mueller Hinds and associates, and then proceeded to hire Todd Leventhal and associates to "Get the Job Done" To be as bold as it gets, "paid" counsel provided a FAR superior Appeal than did appointed counsel. Deficient is the most accurate word instead of the white-washed ineffective assistance of counsel. To compound this disaster, the court appointed Mueller Hinds and Associates to deliver to Mr. Coil, in prison the Discovery that was not given in CCDC prior to trial. Mueller Hinds and Associates Failed to produce and deliver that Discovery. By some other means it was delivered. There is a great more detail to be presented at this trial

## Claim 3

State the constitutional civil right that was violated: 8th Amendment

☒ other Extreme Excessive Bail

August 26, 2016 Mr. Coil was present in Justice Court without his retained counsel, Jeff Posin. Matsuda and Associates stood to represent me as Public Defender with no Prior Communication. No financial records displayed, no interview of finances, and no discussion of paid counsel. Bail was question by the court and started at $500,000~!!! Mr. Coil was a self-employed individual and paying rent. "Excessive bail shall not be required" A bail hearing is essential and Leniency is mandatory for first offense. No prior arrests or convictions. Direct Appeal should have listed this violation as should Public Defense Matsuda and Associates. The sole purpose of bail is to ensure the accused will show up in court as proscribed. Bail is not meant as a means for prolonged or permanent incarceration. For the accused to be "at Liberty" to prepare a reasonable and accurate defense, the "own recognizance" is prefered and majorly appropriate. Crime versus Crime can vary that process, and the Competency evaluation is an appropriate additive. Mueller Hinds and Associates should have been very active on this violation. Deficiencies of appointed counsels is as obvious as heat from the Sun. Extensive incarceration when innocent until proven guilty is Mental Cruelty! Excessive bail is a crime against the accused, and the constitution. The 5th and 14th Amendment refer to property and monies for bail is property, and or its value for bonding.

## Claim 4

State the constitutional civil rights that were violated:

☒ other  Due Process - Equal Protection

Alert: Due Process and Equal Protection - have been Kidnapped!!!
A.P.B. - B.O.L.O. Vehicle description - bars on windows.
Even Lawyers fight the ambiguity of these "golden" words. If the Constitution raises them as guarantees, then enforcement must also be guaranteed. Mr. Coil was openly deprived, by Public Defenders, the requisite Discovery and Defense Strategy. Courts are only partialy aware the "cost" of said liberty, and the extent of time as well in "the accused" to cope with the arrest, the housing of that arrest and the herding of humans. Senior citizens are at a significant risk of memory and trauma, and could only properly prepare a defense by information. Equal Protection is non-existant. The laws specify standards and yet refusal to enforce them is also a standard. The Court and the Statutes define the process, so to be equal the process must be programmed. If the Statutes are also laws, they were broken with the aid of Public Defenders. A competency evaluation is required prior to Indictment. 5th Amendment clearly states "No person shall be held to answer for a crime, unless on a presentment or indictment of a grand jury. Mr. Coil had no grand jury, ergo due process and protection denied. This is matter of fact and is part of violations of Public Defenders. Matsuda and Associates and the first presentment

## Claim 4 continued

matsuda and Associates are involved in the second presentment, grand jury denial. Mueller Hinds and Associates had the distinct responsibility to present these broken laws to the Nevada Supreme Court. They did not. Does the Bar exam require Nevada lawyers to know the process? Is the Public Defender so poorly paid that they cannot put in the time. Are investigations so restricted that a lawyer dare not 'defend'? From inmate to inmate the story grows, the public pretender did nothing. Strickland v Washington is overwhelmed and now moot. Retained counsel is the only success to be hoped for. Due process is time intensive. Crossing T's and dotting i's no longer a plan. Mr. Coil was denied the simplest-due process on 2 separate levels. Mueller Hinds and Associat lawrence Philip was asigned/appoint counsel on case 847207 District Court by Judge Crystal Eller to take documents presented by the bench and prepare them for the court and Mr. Coil. This due process is court ordered and did not occur. Motions to the court for documents - Did not occur. Mueller Hinds and Associates chose to ignore this court order and the judge supported it.

Mr. Coil sincerely hopes that the kidnappers are found, and Due Process and Equal Protection are returned to the best health. They are missed in this genuine way. All Mr. Coils accusations will be proven at trial.

Page Number  9

<u>Conclusion-Relief</u>

Mr. Coil is seeking a jury trial and award of $4 million each defendant. If a jury were to consider punitive relief, that would be up to double.

• Biography as related. •

At arrest Mr. Coil was self-employed · Coil Residential Construction In 1981 Mr. Coil acquire a General Contractors License in California 403732 In 1999 Mr. Coil acquired a Nevada General Building Contractors License ⁴⁹⁰⁴⁶ Mr. Coil was married in California in 1983. In Nevada divorced in 2006. Mr. Coil remarried in 2009 - divorced in 2011. 1999 a new home was purchased that ended in construction defect sale. In 2012 Mr. Coil starting renting a small house with an FAA air marshal as lanlood. With Mr. Coils landlord assistance a bride was found. Engagement ensued. The Rented house was nearly paid in a rent to own. NRS 193.190 there must be intent with action to equal a crime Mr. Coil had NO Intentions to commit any crimes whatsoever. NRS 194.010 Ignorance or mistake of fact, disproves criminal intend.

Mr. Coil is only seeking a real resolution and is very much holding hope on the Pardon that has been applied for. The only information received so far - "they will notify you when"

These 6 defendants need to be held to the standards they signed on to protect.

Please grant to this Plaintiff expedited screening

X David Coil